*J. P. Hall,* for defendant, Smith.

*R. Sedgwick,* for complainant.

---

SMITH *vs.* LOWE.

---

There can be no ground for a receiver in a case of partnership where the partner applying to the court has the property in his own possession and the other does not object to such possession.

---

THE complainant and defendant had been partners as watchmakers. The former became dissatisfied with the latter and a bill was filed for a dissolution of the partnership and for an account. It appeared by the bill, that the complainant had taken into his own possession the stock in trade. He now, by a petition, asked for a receiver.

Mr. A. G. Rogers, moved the petition.

Mr. J. Dyckman and Mr. J. Greenwood opposed the application.

*1831.*

SMITH
*v.*
LOWE.

*June 20.*
*1831.*

*Practice.*
*Receiver.*

1831.

M'INTYRE
*vs.*
WILLIAMSON.

THE VICE-CHANCELLOR. There can be no ground for a receiver in a case of partnership where the partner applying has the property in his own possession. He can, as a partner, sell it. The only liability which attaches to him is that of accounting to the other partner for his share of the property, and if the latter does not object, he who has the possession ought not to complain.

Motion denied.